# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

BRIAN BROWN DARNELLE　　　　　　　　　　　　　　　　PLAINTIFF
#202503269

v.　　　　　　　　No. 3:25-cv-221-DPM

CODY HOWE, Compliance, Greene
County Detention Center; JASON
CRABTREE, Administration, Greene
County Detention Center; JACOB WHITE,
Administration, Greene County Detention
Center; RODGERS, Officer, Greene
County Detention Center; and SWEANEY,
Officer, Greene County Detention Center　　　　　　　DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Darnelle hasn't paid the filing and administrative fees or filed a completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2 at 2*. His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshallJr.*

D.P. Marshall Jr.
United States District Judge

3 December 2025