IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN BROWN DARNELLE                                                      PLAINTIFF
#202503269

v.                              No. 3:25-cv-221-DPM

CODY HOWE, Compliance, Greene
County Detention Center; JASON
CRABTREE, Administration, Greene
County Detention Center; JACOB WHITE,
Supervisor, Greene County Detention
Center; and RODGERS, Officer, Greene
County Detention Center                                                   DEFENDANTS

JUDGMENT

Darnelle's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2025